IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL...

05 APR 26  AM 7: 4

ROBERT R. DI...  C'IO
CLERK, U.S. DI...  ..T.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. No.  04-20108-D/V |
| MARY MOSBY SANDERS, | * | |
| Defendant. | * | |

---

## ORDER OF DISMISSAL

---

Upon Motion of the United States, for the dismissal of the indictment against the above-captioned individual, this case is hereby dismissed as to Mary Mosby Sanders.

Entered on this _25th_ day of April, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-29-05_

31

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20108 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT